# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Tina Michelle Chandler
Plaintiff(s)

Case Number: <u>06CV2082 EGS</u>

vs

Ben S. Bernanke, Chairman Board of Governors of the Federal Reserve System
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on March 1, 2007 at 1:00 PM, I executed service of process upon **ROBERT FRIERSON, DEPUTY SECRETARY OF THE BOARD, AUTHORIZED TO ACCEPT SERVICE OF BEN S. BERNANKE, CHAIRMAN BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM** at 20th & C Streets NW, Washington, DC 20551, by delivering to and leaving with personally, copies of Summons in a Civil Case, Civil Cover Sheet, Complaint, Demand for a Jury Trial and Exhibit..

Robert Frierson is described as a White Male, approximately 6' tall, 170-180 pounds, Brown eyes, Grey hair, and 55 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 42 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 1, 2007.

Date March 1, 2007.

_____
Alex M. Hernandez

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on March 1, 2007.

_Roxanna Settles_

My Commission Expires: 10-31-2011

Ref.# 75695

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Tina Michelle Chandler
Plaintiff(s)

Case Number: <u>06CV2082 EGS</u>

vs

Ben S. Bernanke, Chairman Board of Governors of the Federal Reserve System
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on February 26, 2007 at 3:15 PM, I executed service of process upon **WILLO T. LEE, GCII, AUTHORIZED TO ACCEPT SERVICE OF U.S. ATTORNEY GENERAL** at 950 Pennsylvania Ave NW, Washington, DC 20530, by delivering to and leaving with personally, copies of Miscellaneous Service(s) Summons in a Civil Case, Civil Cover Sheet, Complaint, Demand for a Jury Trial and Exhibit..

Willo T. Lee is described as a Black Female, approximately 5' 5" tall, 140-150 pounds, Brown eyes, Black hair, and 52 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 42 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 1, 2007.

Date March 1, 2007.

_____
Alex M. Hernandez

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on March 1, 2007.

_____
My Commission Expires: 10-31-2011

Ref.# 75696