IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**

MAR 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tina Michelle Chandler
Plaintiff(s)

vs

Case Number: <u>06CV2082 EGS</u>

Ben S. Bernanke, Chairman Board of Governors of the Federal Reserve System
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on March 9, 2007 at 1:54 PM, I executed service of process upon **GARY NAILS, DOCKET CLERK, AUTHORIZED TO ACCEPT SERVICE OF U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA** at 501 3rd Street NW #4500, Washington, DC 20001, by delivering to and leaving with personally, copies of Summons in a Civil Case, Civil Cover Sheet, Complaint, Demand for a Jury Trial and Exhibit..

Gary Nails is described as a Black Male, approximately 5' 10" tall, 180-190 pounds, Brown eyes, Black hair, and 31 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 45 years of age, Date of Birth 4/4/61; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 13, 2007.

Date March 13, 2007.

_Mark Simons_
Mark Simons

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on March 13, 2007.

_Rosanna Settles_

My Commission Expires: 10-31-2011

Ref.# 75697