UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
TINA M. CHANDLER                    )
                                    )
            Plaintiff,              )
                                    )
                                    )   Civ. No. 06-2082(EGS)
        v.                          )
                                    )
BEN S. BERNANKE,                    )
CHAIRMAN OF THE BOARD OF            )
GOVERNORS OF THE FEDERAL            )
RESERVE SYSTEM,                     )
            Defendant.              )
_____ )

### ORDER

Pending before the Court is defendant's Motion to Dismiss and for Summary Judgment. Upon consideration of the Motion, the response and reply thereto, the applicable law and the entire record, and for the reasons articulated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's Motion is **GRANTED** as to plaintiff's claims of discrimination or retaliation based upon conduct occurring before March 23, 2001, defendant's alleged breach of the settlement agreement, plaintiff's non-promotion claims for 2001-2004 and failure to receive a cash award in 2004, and plaintiff's FMLA claim; and it is

**FURTHER ORDERED** that defendant's Motion to Dismiss and for Summary Judgment is **DENIED** as to plaintiff's 2005 non-promotion claim and all plaintiff's hostile work environment claims.

SO ORDERED.

Signed:    Emmet G. Sullivan
           United States District Judge
           January 30, 2008