UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TINA CHANDLER,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**BEN S. BERNANKE,**<br>**CHAIRMAN OF THE BOARD OF**<br>**GOVERNORS OF THE**<br>**FEDERAL RESERVE SYSTEM,**<br><br>　　　　**Defendant.** | Civil Action No. 06-2082 (EGS) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF**
**<u>BEVERLY GRAY STEPHENSON</u>**

　　　　The undersigned, David W. Buckley, a member in good standing of the Bar of the District of Columbia and admitted to practice before this Court, moves this Court, pursuant to Local Rule 83.2, to permit Beverly Gray Stephenson also known as B.G. Stephenson to participate in this matter *pro hac vice* as counsel for Plaintiff, Tina Chandler, and in support of this Motion, states as follows:

　　　　1.　　The undersigned is a member in good standing of the Bar of the District of Columbia and is admitted to practice before this Court.

　　　　2.　　Beverly Gray Stephenson is a member in good standing of the Bar of the Commonwealth of Virginia and of the Bar of the State of New York.  His office address is 4157 Chain Bridge Road, Fairfax, Virginia 22030 and his office phone number is (703) 591-2470.

　　　　3.　　Mr. Stephenson has not been disciplined by any bar.  He has not been admitted *pro hac vice* in this Court within the past two years.  He is not a member of the

Bar of the District of Columbia, has no application for such membership pending, and he does not engage in the practice of law from an office located in the District of Columbia.

    4.    Attached to this Motion as Exhibit "A" is Mr. Stephenson's Declaration in support of this Motion.

    5.    The Defendant consents to this Motion.

WHEREFORE, the undersigned respectfully requests that Beverly Gray Stephenson be permitted to participate in this matter *pro hac vice* as counsel for Plaintiff.

/s/ David W. Buckley
David W. Buckley, #210898
Deso & Buckley, P.C.
1828 L Street, N.W.
Suite 660
Washington, D.C. 20036
(202) 822-6333
(202) 822-6665 Fax
dwbuckley@dtswlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2008, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Beverly Gray Stephenson and proposed Order was served by first class mail, postage prepaid to was mailed, postage prepaid to**:**

Katherine H. Wheatley, Esquire
John L. Kuray, Esquire
Sara L Stainback, Esquire
Board of Governors of the
  Federal Reserve System
20th & C Streets, N.W.
Washington, D.C.  20551
Attorneys for Defendant

/s/ David W. Buckley
David W. Buckley

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA CHANDLER,<br><br>    Plaintiff,<br><br>v.<br><br>BEN S. BERNANKE,<br>CHAIRMAN OF THE BOARD OF<br>GOVERNORS OF THE<br>FEDERAL RESERVE SYSTEM,<br><br>    Defendant. | Civil Action No. 06-2082 (EGS) |

### DECLARATION OF BEVERLY GRAY STEPHENSON
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Beverly Gray Stephenson, hereby declare as follows:

    1.    I am a member in good standing of the Bar of the Commonwealth of Virginia and of the Bar of the State of New York.

    2.    My office address is 4157 Chain Bridge Road, Fairfax, Virginia 22030 and my office phone number is (703) 591-2470. I am fully familiar with the facts and proceedings in this matter.

    3.    I have not been disciplined by any bar. I have not been admitted *pro hac vice* in this Court within the past two years.

    4.    I am not a member of the Bar of the District of Columbia and I do not have an application for such membership pending. I do not engage in the practice of law from an office located in the District of Columbia.

    I declare under the penalty of perjury that the foregoing is true and correct.

*/s/ Beverly Gray Stephenson*
Beverly Gray Stephenson

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TINA CHANDLER,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**BEN S. BERNANKE,**<br>**CHAIRMAN OF THE BOARD OF**<br>**GOVERNORS OF THE**<br>**FEDERAL RESERVE SYSTEM,**<br><br>      **Defendant.** | Civil Action No. 06-2082 (EGS) |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Beverly Gray Stephenson, it is this ____ day of _____, 2008,

ORDERED, that the Motion for Admission *Pro Hac Vice* of Beverly Gray Stephenson be, and the same is hereby GRANTED, and it is

FURTHER ORDERED, that Beverly Gray Stephenson be permitted to participate in any proceedings in this matter as counsel for Plaintiff, Tina Chandler.

_____
Emmet G. Sullivan, United States
District Judge

Copies to:

David W. Buckley, Esquire
Deso & Buckley, P.C.
1828 L Street, N.W
Suite 660
Washington, D.C.  20036

Katherine H. Wheatley, Esquire
John L. Kuray, Esquire
Sara L. Stainback, Esquire
Board of Governors of the
  Federal Reserve System
20th & C Streets, N.W.
Washington, D.C.  20551