IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA M. CHANDLER, </br></br>    Plaintiff, </br></br>v. </br></br>BEN S. BERNANKE, </br>CHAIRMAN OF THE BOARD OF </br>GOVERNORS OF THE </br>FEDERAL RESERVE SYSTEM, </br></br>    Defendant. | Civil Action No.: **1:06-2082 (EGS)** |

**PARTIES' JOINT MEET AND CONFER REPORT**

**COME NOW** the Parties and respectfully and timely submit their Meet and Confer Report pursuant to 16.3 of the Local Rules, as amended effective December 1, 2000, and Fed. R. Civ. P. 26(f), as amended effective December 1, 2000.  The parties having met by telephone conference on March 6, 2008, submit the following:

**Local Rule 16.3(c):**

1.  Both Plaintiff and Defendant reserve the right to file respective Motions for Summary Judgment at the close of discovery.

2.  The parties agree that no additional parties will be joined nor will the pleadings be amended at this time.  Plaintiff reserves the right to join other parties in the future if other

parties are identified in discovery. The parties agree that the Court's Order and Memorandum Opinion of January 30, 2008, narrowed the legal and factual issues.

3. The parties do not want the case to be assigned to a magistrate judge.

4. The parties have agreed to meet to determine whether the case can be resolved. The parties are working to set a firm date for this meeting.

5. If the parties are unable to resolve this matter themselves during a meeting of counsel to discuss settlement, the parties agree that they will consider voluntary, non-binding mediation with a court-appointed mediator. The parties also agree to request that the court stay commencement of discovery until the end of the mediation process.

6. The parties agree that the parties should file any dispositive motions within 60 days of the close of discovery.

7. The parties agree to dispense with initial disclosures under Fed. R. Civ. P. 26(a)(1). The parties agree that this does not limit each party's ability to depose additional witnesses not previously identified, and that it does not otherwise preclude or limit other discovery.

8. Plaintiff and Defendant agree that discovery, if any, should be completed within 120 to 180 days of the end of any mediation. Defendant believes that a protective order is in the best interest of both parties at the commencement of discovery, if any. Defendant will produce electronically stored information, if any, in .pdf (Adobe) or .tif format or in hard copy, and will provide to Plaintiff the "native file" of any specific documents upon request.

9.      Neither party has retained an expert witness at this time. The parties reserve the right to retain expert witnesses. The parties will discuss disclosures under Fed .R. Civ. P. 26(a)(2) when and if expert witnesses are retained.

10.     Not applicable.

11.     The parties do not anticipate the need for bifurcation of discovery and/or trial at this time.

12.     The parties agree that the date for a pretrial conference, if any, should be determined and set by the Court at the time the Court issues its rulings on any dispositive motions.

13.     The parties agree that a trial date should be set at the pretrial conference.

14.     The parties do not believe that any other items need to be included in the Scheduling Order.

**DATED:  March 14, 2008**

                                        Respectfully submitted,


                                        ___/s/ David W. Buckley_____
                                        David W. Buckley (D.C. Bar # 210898)
                                        Deso & Buckley, PC
                                        1828 L Street, N.W., Ste. 660
                                        Washington, D.C.
                                        Telephone:    (202) 822-6333
                                        Facsimile:    (202) 822-6665
                                              Local Counsel for Plaintiff

   ___/s/___B.G. Stephenson_____
B.G. Stephenson (VSB #8098)
*(Admitted pro hac vice)*
B.G. STEPHENSON, LTD.
4157 Chain Bridge Road
Fairfax, Virginia 22030
Telephone:  (703) 591-2470
Facsimile:   (703) 359-0638
  Counsel for Plaintiff TINA M. CHANDLER


   ___/s/___Katherine H. Wheatley____
Katherine H. Wheatley (D.C. Bar # 359037)
Sara Stainback
John Kuray
Board of Governors of the Federal Reserve System
20th St. and Constitution Ave., N.W.
Washington, D.C. 20551
Telephone:  (202) 452-3239
Facsimile:  (202) 736-5615

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TINA M. CHANDLER,<br><br>      Plaintiff,<br><br>v.<br><br>BEN S. BERNANKE,<br>CHAIRMAN OF THE BOARD OF<br>GOVERNORS OF THE<br>FEDERAL RESERVE SYSTEM,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No.: **1:06-2082 (EGS)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] SCHEDULING ORDER**

On consideration of the Joint Meet and Confer Statement Pursuant to Local Rule 16.3, it is hereby **ORDERED** that:

1. The case will remain before this Court and will not be assigned to a magistrate judge.

2. The parties are hereby directed to meet promptly to discuss resolution of this matter and inform the Court of the results of their meeting.  If such meeting does not result in a settlement, but the parties believe that mediation could be beneficial, the parties shall promptly request voluntary mediation by a mediator appointed by this Court.

3. All scheduling and further proceedings in this case are stayed pending settlement discussions and mediation by the parties.  If the parties are unable to resolve this matter promptly either through their own efforts or by resort to mediation, the

Court will issue a scheduling Order based on the Joint Meet and Confer Statement filed in this matter.

DATED: _____                    _____
                                            United States District Judge